## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | | |
|---|---|---|
| TIMOTHY WELLS AND LORINE WELLS | : | No. 166 WAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| BRANDON WELLS | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DANIELLE WALTERS | : | |
| | : | |
| | : | |
| PETITION OF: BRANDON WELLS | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.